**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY ALAN FRALICK,

        Plaintiff,

   v.

WARDEN SPEARMAN, et al.,

        Defendants.

No. C 15-4949 NC (PR)

**ORDER OF DISMISSAL**

    Plaintiff Jeffrey Alan Fralick, a California state prisoner proceeding *pro se*, filed a civil rights action under 42 U.S.C. § 1983.  On January 7, 2016, the Court dismissed Plaintiff's complaint with leave to amend for failure to state a cognizable claim for relief.  The Court informed Plaintiff of the deficiencies in the complaint, and directed Plaintiff to file an amended complaint within twenty-eight days, or face dismissal of this case.  More than twenty-eight days have passed, and Plaintiff has not filed an amended complaint, nor communicated further with the Court.  Accordingly, the complaint is DISMISSED without prejudice.

    IT IS SO ORDERED.

DATED:   February 24, 2016

NATHANAEL M. COUSINS
United States Magistrate Judge